UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN FITCH                          JURY TRIAL DEMANDED

v.                                       CASE NO.  3:13 CV

CONVERGENT OUTSOURCING, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331.

3. Plaintiff is a Connecticut resident.

4. Defendant is licensed as a Consumer Collection Agency in Connecticut.

5. Defendant regularly uses the means of interstate commerce to collect personal debts.

6. By letter dated July 12, 2013, defendant sent a letter to plaintiff claiming that "The records of Connecticut Light & Power show that your account has a past due balance of $405.41."

7. The alleged account was for personal residential electric service.

8. Upon dispute, defendant confirmed that the account it was trying to collect from him personally became delinquent in 2004.

9. Defendant's dispute response attempted to collect the balance within 10 days.

10. As of August, 2013, the records of Connecticut Light & Power showed that no amount was owing.

11. In the collection efforts within one year prior to the date of this action, defendant

violated the FDCPA, § 1692e, –f(1), or –g .

12. WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

                THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net